PETER C. PEREZ
**LAW OFFICE OF PETER C. PEREZ**
Suite 802, DNA Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone No. (671) 475-5055
Facsimile No. (671) 477-5445
Email: pcp@perezlawguam.com

MATTHEW INSLEY-PRUITT
(admitted *Pro Hac Vice*)
**WOLF POPPER LLP**
845 Third Avenue, 12th Floor
New York, NY 10022
Telephone: (212) 759-4600
Email: minsley-pruitt@wolfpopper.com

THOMAS JONES (admitted *Pro Hac Vice*)
**JONES & ASSOCIATES, LLC**
Pago Plaza, Suite 114
Pago Pago, American Samoa 96799
Tel: (684) 633-5644
Email: tjones@rdalawfirm.com

*Attorneys for Plaintiffs and the Class*

G. PATRICK CIVILLE
JOYCE C.H. TANG
**CIVILLE & TANG, PLLC**
Suite 200, 330 Hernan Cortez Ave.
Hagåtña, GU 96910
Tel: (671) 472-8868
Email: pciville@civilletang.com
   jtang@civilletang.com

JOHN E. PORTER (admitted *Pro Hac Vice*)
**STEINBRECHER & SPAN LLP**
445 S. Figueroa St., Suite 2350
Los Angeles, California 90071
Tel: (213) 891-1400
Email: jporter@steinbrecherspan.com

*Attorneys for Defendant ANZ Guam, Inc.*

| | |
|---|---|
| RONALD PARKER, FA'AFETAI PARKER and TUALAGI GAOTEOTE, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br> v.<br><br>ANZ GUAM, INC.,<br>      Defendant | Case No.: 18-00010<br><br>**SUBMISSION OF STIPULATION AND SETTLEMENT AGREEMENT** |

1  The Parties hereby submit a fully executed copy of the *Stipulation and Settlement Agreement* with the accompanying exhibits.

*Respectfully submitted* this 3rd of March, 2021.

| | |
|---|---|
| **WOLF POPPER LLP** | **CIVILLE & TANG, PLLC** |
| By: */s/ Matthew Insley-Pruitt* <br>     **MATTHEW INSLEY-PRUITT** <br>     (Admitted *Pro Hac Vice*) | By: */s/ Joyce C.H. Tang* <br>     **JOYCE C.H. TANG** <br>     **G. PATRICK CIVILLE** |
| **JONES & ASSOCIATES, LLC** | **STEINBRECHER & SPAN, LLP** |
| By: */s/ Thomas Jones* <br>     **THOMAS JONES** <br>     (Admitted *Pro Hac Vice*) | By: */s/ John E. Porter* <br>     **JOHN E. PORTER** <br>     (Admitted *Pro Hac Vice*) |
| | *Attorneys for Defendant ANZ Guam, Inc.* |
| **LAW OFFICE OF PETER C. PEREZ** | |
| By: */s/ Peter C. Perez* <br>     **PETER C. PEREZ** | |
| *Attorneys for Plaintiffs and the Class* | |